IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02924-BNB

PEDRO NIVAL,

    Applicant,

v.

EXECUTIVE DIRECTOR ARISTEDES W. ZAVARRAS [sic],
WARDEN RICHARD SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN W. SUTHERS,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Pedro Nival, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Crowley County Correctional Facility. Mr. Nival initiated this action by filing a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has been granted leave to proceed *in forma pauperis*.

The Court must construe the application liberally because Mr. Nival is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Nival will be ordered to file an amended pleading.

The Court has reviewed the application filed by Mr. Nival and finds that it is deficient. The claims Mr. Nival raises in this action must be asserted pursuant to 28

U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Mr. Nival's sentence. **See Montez v. McKinna**, 208 F.3d 862, 865 (10th Cir. 2000). Although Mr. Nival's claims are not entirely clear, he appears to challenge decisions made by DOC officials during an administrative hearing. Such claims do not challenge the validity of Mr. Nival's underlying criminal conviction and are not properly asserted pursuant to 28 U.S.C. § 2254. *Id.* Mr. Nival will be directed to file an amended pleading on the proper form if he wishes to pursue his claims challenging the execution of his sentence.

In addition, Executive Director Aristedes Zavaras is not a proper party to this action. Mr. Nival is reminded that the only proper respondent to a habeas corpus action is the applicant's custodian. **See** 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; **Harris v. Champion**, 51 F.3d 901, 906 (10th Cir. 1995). Accordingly, it is

ORDERED that Mr. Nival file an amended pleading on the proper form **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Nival, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Nival fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED February 23, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02924-BNB

Pedro Nival
Prisoner No. 135614
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241** to the above-named individuals on February 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk