FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02924-BNB

PEDRO NIVAL,

    Applicant,

v.

EXECUTIVE DIRECTOR TOM CLEMENTS,
WARDEN RICHARD SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN W. SUTHERS,

    Respondents.

## ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

As part of the preliminary consideration of the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on April 21, 2011, in this action, the Court ordered Respondents to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies. On May 17, 2011, Respondents filed a Preliminary Response and on July 15, 2011, Applicant filed a reply to the Preliminary Response.

Respondents argue that Mr. Nival has failed to exhaust state court remedies before seeking federal court intervention because he has not sought certiorari review in the Colorado Supreme Court. In his reply, Mr. Nival asserts that he filed a petition for certiorari review in the Colorado Supreme Court on May 9, 2010, that was denied on or about April 20, 2010. Reply at 4. Mr. Nival has not provided the order denying certiorari review to the Court, but asserts that he is currently in the process of locating a copy. Therefore, Respondents will be directed to file a supplement to the Preliminary

Response that addresses Applicant's argument that his claims were exhausted in the Colorado Supreme Court via a petition for certiorari review that was denied on or about April 20, 2010. Accordingly, it is

ORDERED that **within fourteen (14) days from the date of this Order** Respondent shall file a supplement to the Preliminary Response that complies with this Order.

DATED at Denver, Colorado, this 18th day of July, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02924-BNB

Pedro Nival
Prisoner No. 135614
Crowley County Correctional Facility
6564 State Hwy 96
Olney Springs, CO 81062

Christopher Wayne Alber
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on April 4, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk